UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUTCH'S BEST, LLC,

    Plaintiff,

v.

                                  Case No. 22-11372

MIKE PIRRONE PRODUCE, INC. et al.,

    Defendants.
                                       /

**ORDER HOLDING IN ABEYANCE MOTION FOR A TEMPORARY
RESTRAINING ORDER AND SETTING FURTHER DEADLINES**

On June 21, 2022, Plaintiff filed both its Complaint and a "Motion for Temporary Restraining Order and Preliminary Injunction." Plaintiff requested summons for each Defendant which were issued by the clerk of the court of June 22, 2022. The court has reviewed Plaintiff's motion and determined that it appropriate to hold the motion in abeyance until the court can expediently hold a (likely in-person) conference with counsel and party representatives. Accordingly,

IT IS ORDERED that Plaintiff is DIRECTED to effectuate proper service of its Complaint and Motion on Defendants by **Friday, June 24, 2022**.

IT IS FURTHER ORDERED that the parties' counsel are DIRECTED to jointly contact the court, via an email to the court's case manager,[1] **AS SOON AS PRACTICAL** in order to determine an appropriate date for an in-person conference to determine the necessary course of action and to discuss pending request for a temporary restraining order**.** The court expects this conference will likely occur as early

---

[1] Lisa_Wagner@mied.uscourts.gov

as June 27th but in any event within the **next seven days**. <u>Party representatives with effectively full settlement authority will be required to appear.</u>

<u>s/Robert H. Cleland</u><br>
ROBERT H. CLELAND<br>
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 23, 2022, by electronic and/or ordinary mail.

<u>s/Lisa G. Wagner</u><br>
Case Manager and Deputy Clerk<br>
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\22-11372.BUTCHS-BEST.ScheduleTRO.AAB.docx